**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
2000 Riverside Dr.
Los Angeles, Ca 90039
Telephone: (323) 664-5670
Fax: (323) 662-2266
Email: joel.leidner@igc.org

Attorney for Plaintiff
JULIE ANN KELLNER

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
PATRICK SNYDER
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415)977-8927
  Facsimile: (415)744-0134
  Email: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN KELLNER,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Case No: ED CV 15-470 DMG (MRW)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 192**0** AND 2412(d) |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount of five thousand

-1-

five hundred dollars and zero cents ($5,500.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:   March 30, 2016

_____
MICHAEL R. WILNER
United States Magistrate Judge